FILED
2020 Aug-07 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| DAMON ANTHONY LAKE, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 7:19-cv-01755-MHH-HNJ |
| GWENDOLYN GIVENS, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On July 16, 2020, the magistrate judge entered a report (Doc. 11) in which he recommended that petitioner Damon Anthony Lake's petition for writ of habeas corpus (Doc. 1) be dismissed with prejudice. No objections have been filed.

After consideration of the record in this case and the magistrate judge's report, the Court adopts the report of the magistrate judge and accepts his recommendations. Consistent with the recommendation, the Court will dismiss this petition for writ of habeas corpus with prejudice.

A separate order will be entered.

**DONE** and **ORDERED** this August 7, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE